(130 So. 62)

## J. R. SHRADER v. STATE.
### 8 Div. 212.

Supreme Court of Alabama.
June 5, 1930.

Rehearing Denied Oct. 9, 1930.

William Stell, of Russellville, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J.

Petition of J. R. Shrader for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Shrader v. State, 130 So. 62.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.